IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ISAIAH JOHNSON; and MICHELLE JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: 4:21-cv-190 |

**O R D E R**

      Before the Court is a "Dismissal With Prejudice," signed and filed by counsel for Plaintiffs on August 24, 2022, wherein Plaintiffs state that all claims in this action have been settled and that they "agree and authorize" the dismissal of all claims in their entirety with prejudice. (Doc. 57.) Because the document has not been signed by all parties who have appeared and because Defendant has filed an Answer, (see doc. 1-3), Federal Rule of Civil Procedure 41(a)(2) applies and the action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiffs' filing does not propose or request any specific terms, and Defendant has not filed a response voicing any opposition to dismissal with prejudice or requesting any terms for the dismissal. Accordingly, the Court **DISMISSES** the action **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

      **SO ORDERED**, this 14th day of September, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA